# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMES MABRY,** | : | **CIVIL ACTION NO. 1:17-CV-1148** |
| Petitioner | : | (Chief Judge Conner) |
| v. | : | |
| **KATHY P. LANE, Warden,** | : | |
| Respondent | : | |

## **ORDER**

AND NOW, this 6th day of April, 2020, upon consideration of the petition for writ of habeas corpus (Doc. 1), and in accordance with the court's memorandum of the same date, it is hereby ORDERED that:

1. The petition for writ of habeas corpus (Doc. 1) is DISMISSED without prejudice for lack of jurisdiction.

2. The Clerk of Court is directed to CLOSE this case.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania